IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01859-BNB

MIKE KASSABJI, a.k.a. MOHAMED KASSABJI,

Applicant,

v.

THE STATE OF NEW MEXICO, and
THE STATE OF TEXAS,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Mike Kassabji, a.k.a. Mohamed Kassabji, currently is detained at the New Mexico Metropolitan Detention, in Albuquerque, New Mexico. On September 5, 2007, Mr. Kassabji submitted to the Court a *pro se* document titled, "Second Motion for Emergency Release from Custody, Strike Dismissal, Change the Venue" and a "Motion for Leave to Proceed *In Forma Pauperis*." Magistrate Judge Boyd N. Boland reviewed the documents, determined that Applicant was attempting to file a habeas corpus action pursuant to 28 U.S.C. § 2241, and entered an order instructing Mr. Kassabji to file his claims on a current Court-approved form that is used in filing § 2241 claims in this Court. Applicant also was directed to submit to the Court the current Court-approved form used by prisoners in filing requests to proceed *in forma pauperis* in this Court, that includes a certified copy of Applicant's trust fund account statement.

On September 28, 2007, Applicant filed a § 2241 form, but he failed to file a current Court-approved form used in filing a request to proceed *in forma pauperis*, as he was directed to do in the September 5, 2007, Order to Cure.  Mr. Kassabji also failed to submit a current certified copy of his trust fund account statement.

Even though Mr. Kassabji failed to comply with the Court's September 5, 2007, Order, the Court finds that the claims he sets forth in the application form filed on September 28, 2007, and in the other pleadings he has filed with this Court in the instant action, are inappropriately before this Court.  In the Application and in the other pleadings, Mr. Kassabji challenges the pending state criminal charges filed against him in the States of New Mexico and Texas and his detainment in a jail located in New Mexico.  This Court lack jurisdiction to review the claims.  Furthermore, to the extent Mr. Kassabji asserts any viable claims regarding his pending criminal cases in Texas and New Mexico, venue more properly is found in New Mexico and in Texas.

Nonetheless, because Applicant now has failed to cure all the deficiencies noted in the September 5, 2007, Order within the time allowed, the Court will dismiss the action for failure to cure all of the deficiencies.  Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure all the deficiencies within the time allowed.

DATED at Denver, Colorado, this 29 day of _____Oct._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01859-BNB

Mike Kassabji
aka Mohamed Kassabji
F7, MDC
100 John Dabtis SW
Albuquerque, NM 87151

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on 10/29/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk