IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01859-ZLW

MIKE KASSABJI, a.k.a. MOHAMED KASSABJI,

    Applicant,

v.

THE STATE OF NEW MEXICO, and
THE STATE OF TEXAS,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 5 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The instant action was dismissed on October 29, 2007. On January 4, 2008, Applicant filed four documents, which like the Application are inappropriately before this Court. To the extent that Applicant has titled the four documents as motions (Specifically Doc. Nos. 15 and 16) they are DENIED. Applicant is directed to refrain from filing any additional documents in this case. If further filings are submitted to the Court they will be stricken. The Clerk of the Court is instructed to note the docket with the new address Applicant provides on the last page of Document No. 15.

Dated: January 24, 2008

A copy of this Minute Order mailed on January 24, 2008, to the following:

Mike Kassabji
Reg. No. 100050840
6900 W. Millen Drive
Hobbs, NM 88244

                                  Secretary/Deputy Clerk